UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER LAMAR,

                Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 0578 (NGG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 2 2 2005 ★

BROOKLYN OFFICE

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on June 21, 2005, granting plaintiff's motion; denying the Commissioner's motion; and reversing and remanding the case to the Commissioner solely for the computation of benefits; it is

ORDERED and ADJUDGED that plaintiff motion is granted; that the Commissioner's motion is denied; and that the case is reversed and remanded to the Commissioner solely for the computation of benefits.

Dated: Brooklyn, New York
        June 21, 2005

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court